■   In the Matter of ALAIMO NURSING HOME, Petitioner, v. ABE LAVINE, as Commissioner of New York State Department of Social Services, et al., Respondents.— Proceeding unanimously dismissed, without costs, on the ground that it is moot.   (Review of determination denying certification of nursing home, transferred by order of Monroe Special Term.)   Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ.